**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------- X
                                        :
47 EAST 34TH STREET (NY), L.P.,         :
                                        :
      Plaintiff,                    :    20-cv-9978-LJL
                                        :
v.                                      :    **ORAL ARGUMENT REQUESTED**
                                        :
BRIDGESTREET WORLDWIDE, INC.,           :
VERSA CAPITAL MANAGEMENT, LLC,          :
DOMUS BWW FUNDING, LLC, SEAN            :
WORKER, LEE CURTIS, WAYNE               :
WALKER, WALTER DEMBIEC, JOHN            :
DOE, JANE DOE, DOMUS BWW FUNDING,       :
LLC AND/OR BRIDGESTREET                 :
WORLDWIDE, INC.,                        :
                                        :
      Defendants.                   :
--------------------------------------- X

## NOTICE OF PLAINTIFF'S MOTION TO REMAND

PLEASE TAKE NOTICE that upon the accompanying *Memorandum of Law in Support of Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction or, Alternatively, for Discretionary Abstention* and the *Declaration of Jay R. Indyke in Support of Plaintiff's Motion to Remand*, and the exhibits annexed thereto, Plaintiff 47 East 34th Street (NY), L.P. ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for an order remanding this action back to the Supreme Court of the State of New York – County of New York: Commercial Division or, in the alternative, abstaining from determining this action pursuant to 28 U.S.C. § 1334 (c)(1).

[*Remainder of page intentionally left blank*]

1

Dated: December 23, 2020
   New York, New York


 */s/  Jay R. Indyke*
**COOLEY LLP**
Jay R. Indyke, Esq.
Jeremiah P. Ledwidge, Esq.
55 Hudson Yards
New York, NY 10001
Telephone:   (212) 479-6000
Facsimile:    (212) 479-6275
 jindyke@cooley.com
 jledwidge@cooley.com

 *Counsel to 47 East 34th Street (NY), L.P.*